**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
LUIS ZHININ, *on behalf of himself,*
*FLSA Collective Plaintiffs, and the Class*

                        Plaintiff,        **24 Civ. No. 00288 (JLR) (GS)**

            -against-                     **VIDEO CONFERENCE**
                                                                   **ORDER**

SISTINA RESTAURANT INC.,
CARAVAGGIO, INC., and GUIESEPPE
BRUNO,

                        Defendants.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Conference on **Wednesday, November 20, 2024 at 3:00 p.m.** to discuss the issues raised by Plaintiff's October 30, 2024 letter to the Court on the matter of discovery. (Dkt. Nos. 24 & 25). Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting now.</u> **[Meeting ID: 235 131 838 881]  [Passcode: LhzFfT]**

       **SO ORDERED.**

DATED:   November 8, 2024
               New York, New York

                                                                              The Honorable Gary Stein
                                                                              United States Magistrate Judge