UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS ZHININ,

                             Plaintiff,

       -against-

SISTINA RESTAURANT INC.,
CARAVAGGIO, INC., and GUISEPPE
BRUNO,

                             Defendants.
-----------------------------------------------------------------X

**24 Civ. No. 0288 (JLR) (GS)**

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on Thursday, March 27, 2025 **at 10:00 a.m.**  Counsel are directed to submit a joint status letter no later than Thursday, March 20, 2025 advising the court as to the status of this matter.  The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting.  **Meeting ID: [230 975 864 863]  Passcode: [oV36UC64]**

      **SO ORDERED.**

DATED:    New York, New York
               February 24, 2025

                                                  _____
                                                  The Honorable Gary Stein
                                                  United States Magistrate Judge