UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS ZHININ, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

SISTINA RESTAURANT INC.
   d/b/a SISTINA,
CARAVAGGIO, INC.
   d/b/a CARAVAGGIO,
and GUIESEPPE BRUNO,

        Defendants.

**Case No.:** 1:24-cv-00288

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff LUIS ZHININ hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated February 26, 2025, and annexed hereto as **Exhibit A**.

Dated: February 27, 2025

                              Respectfully submitted,

By: _____
     C.K. Lee, Esq. (CL 4086)
     LEE LITIGATION GROUP, PLLC
     148 West 24th Street, 8th Floor
     New York, NY 10011
     Tel.: (212) 465-1188
     Fax: (212) 465-1181
     *Attorney for Plaintiff, FLSA Collective Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2025, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Robert Elliot Fein, Esq.
rfein@grsm.com
Marci Dee Mitkoff, Esq.
mmitkoff@grsm.com
Gordon Rees Scully Mansukhani, LLP
1 Battery Park Plaza, 28th Floor
New York, NY 10004
*Attorneys for Defendants*

By: _____
C.K. Lee, Esq.