UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS ZHININ, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

SISTINA RESTAURANT INC. d/b/a SISTINA, CARAVAGGIO, INC. d/b/a CARABAGGIO, and GUIESEPPE BRUNO,

        Defendants.

---

Case No.: 1:24-cv-00288

~~[PROPOSED]~~
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants SISTINA RESTAURANT INC. d/b/a SISTINA, CARABAGGIO, INC. d/b/a CARABAGGIO, and GUIESEPPE BRUNO (collectively "Defendants"), having offered to allow Plaintiff LUIS ZHININ ("Plaintiff") to take a judgment against them, in the sum of Sixty Thousand Dollars and No Cents ($60,000.00), inclusive of attorneys' fees and costs, to resolve all of Plaintiff's individual claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 26, 2025 and filed as Exhibit A to Docket Number 36;

**WHEREAS**, on February 27, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 36);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff LUIS ZHININ, in the sum of $60,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 26, 2025 and filed as Exhibit A to Docket Number 36. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: March 3, 2025
New York, New York

*Jennifer Rochon*
The Hon. Jennifer L. Rochon, U.S.D.J.